# Exhibit A

DEPT 940
PO BOX 4115
CONCORD CA 94524

ADDRESS SERVICE REQUESTED

Yitzchok Weiss
2362 NOSTRAND AVE APT 9
BROOKLYN NY 11210-3807

**First National Collection Bureau, Inc.**

50 W. Liberty Street Suite 250
Reno, Nevada 89501
(800) 824-6191

June 18, 2020
Office Hours:
Mon. - Fri. 6 A.M. - 5 P.M.
Pacific Standard Time

*Please remit all correspondence to the above address

Current Creditor: LVNV Funding LLC
Original Creditor: HSBC Bank Nevada, N.A.
Original Account #: ************0795
Ref #:
Total Due: $12,777.90
Case Number: 000031/12
Judgement Date: 04/09/2012
Date of default/date of first default/date on which the balance became due: 04/09/2012
Date of Last Payment:

## SETTLE YOUR COURT AWARDED JUDGMENT FOR APPROXIMATELY 60% IN 12 PAYMENTS

Our client LVNV Funding LLC is offering you a discounted offer of $7,666.68 in 12 payments starting on 07/21/2020 to satisfy the judgment against you.

Once payments totaling $7,666.68 have been paid to our office on time, we will consider this judgment satisfied in full.

Payments may not be more than 30 days apart or this discounted offer may be canceled. Please send in payments along with the payment coupon to the address listed on the coupon.

If you need additional time to respond to this offer, please contact us. We are not obligated to renew this offer.

As of the date of this letter, you owe $12,777.90. Because of interest the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For more information, write the undersigned or call (800) 824-6191.

To pay your account by phone, call (800) 824-6191 and select the automated telephone payment option. Or if you would like to pay online, visit our website at www.fncbinc.com. You may also mail in your payment. Please use Reference #

If you wish to speak with a representative, please call (800) 824-6191.

Sincerely,
First National Collection Bureau, Inc.
Sucena Alvarado

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
DETACH COUPONS AND MAIL PAYMENT

| 1 OF 12 | 2 OF 12 | 3 OF 12 | 4 OF 12 |
|---|---|---|---|
| Ref #: | Ref #: | Ref #: | Ref #: |
| MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 | MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 | MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 | MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 |
| PAYMENT AMT - $638.89 DUE DATE: 07/21/2020 | PAYMENT AMT - $638.89 DUE DATE: 08/21/2020 | PAYMENT AMT - $638.89 DUE DATE: 09/21/2020 | PAYMENT AMT - $638.89 DUE DATE: 10/21/2020 |
| **5 OF 12** | **6 OF 12** | **7 OF 12** | **8 OF 12** |
| Ref #: | Ref #: | Ref #: | Ref #: |
| MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 | MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 | MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 | MAIL PAYMENT TO: FNCB INC. 50 W Liberty Street Suite 250 Reno, NV 89501 |
| PAYMENT AMT - $638.89 DUE DATE: 11/21/2020 | PAYMENT AMT - $638.89 DUE DATE: 12/21/2020 | PAYMENT AMT - $638.89 DUE DATE: 01/21/2021 | PAYMENT AMT - $638.89 DUE DATE: 02/21/2021 |
| **9 OF 12** | **10 OF 12** | **11 OF 12** | **12 OF 12** |
| Ref #: | Ref #: | Ref #: | |